No. 29. SCALES v. UNITED STATES. Certiorari, 350 U. S. 992, to the United States Court of Appeals for the Fourth Circuit; and

No. 32. LIGHTFOOT v. UNITED STATES. Certiorari, 350 U. S. 992, to the United States Court of Appeals for the Seventh Circuit. No. 29, argued October 10–11, 1956; No. 32, argued October 11, 1956. These cases are restored to the docket for reargument. *Telford Taylor* for petitioner in No. 29. *John J. Abt* for petitioner in No. 32. *Solicitor General Rankin, Assistant Attorney General Tompkins, Harold D. Koffsky* and *William F. O'Donnell* for the United States. With them on the brief in No. 29 were *Kevin T. Maroney* and *Philip T. White. Barent Ten Eyck* filed a brief for the American Civil Liberties Union, as *amicus curiae,* urging reversal in both cases. Reported below: No. 29, 227 F. 2d 581; No. 32, 228 F. 2d 861.

No. 590. LAMBERT v. CALIFORNIA. Appeal from the Appellate Department of the Superior Court of. California, Los Angeles County. (Probable jurisdiction noted, 352 U. S. 914.) Argued April 3, 1957. This case is restored to the docket for reargument. The Attorney General of California is invited to file a brief and to participate in the oral argument, the appellee's time to be equally divided. *Samuel C. McMorris* for petitioner. *Roger Arnebergh* and *Philip E. Grey* for appellee.

No. ——. ONE, INCORPORATED, v. OLESEN, POSTMASTER OF LOS ANGELES. The motion for leave to proceed *in forma pauperis* by a corporation is denied. *Eric Julber* for movant. *Solicitor General Rankin* filed a memorandum for respondent in opposition.